In the Matter of JOHN BLASCHICK et al., Appellants, against JOSEPH D. McGOLDRICK, as State Rent Administrator, Respondent.

Submitted February 25, 1953; decided April 16, 1953.

*Albert Barnett Klepper* and *Andrew J. Dritsas* for appellants. *Harold Zucker* and *Robert H. Schaffer* for respondent.

Order affirmed, without costs; no opinion.

Concur: LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ. LOUGHRAN, Ch. J., deceased.